THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 15, 2012



Honorable Susan V. Kelley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE

Roger Peter Rinaldi and Desa Lilly Rinaldi,   Chapter 13

   Debtors   Case No. 11-35689-svk

Roger Peter Rinaldi, et al.,

   Plaintiffs,   Adversary No.12−02412−svk

   v.

HSBC Bank USA, N.A., et al.,

   Defendants.

### ORDER DENYING MOTION TO DISQUALIFY LITCHFIELD CAVO LLP

   This cause coming for hearing on August 7, 2012 on the Rinaldis' Motion to Disqualify Litchfield Cavo LLP, due notice having been given to all parties entitled thereto; Attorney Wendy Alison Nora appearing on behalf of Roger P Rinaldi and Desa L. Rinaldi; Attorney Stephanie L. Dykeman appearing on behalf of HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-2 Trust, Home Equity Asset-Backed Certificates, Series 2005-2, Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Litchfield Cavo LLP, and Brad A. Markvart; Attorney David J. Hanus and Attorney

1

Noah Fiedler appearing on behalf of Gray & Associates LLP, William N. Foshag, Duncan C. Delhey, Jay Pitner, and Brian D. Perhach, and Attorney Jay Pitner and Attorney Christopher Drought appearing on behalf of HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-2 Trust, Home Equity Asset-Backed Certificates, Series 2005-2, in the underlying bankruptcy, the Court having been advised in the premises; the Court having reviewed and considered all submissions by the parties and having heard oral argument; for the reasons stated on the record:

**IT IS HEREBY ORDERED THAT** the motion to disqualify Litchfield Cavo LLP, Attorney Stephanie L. Dykeman, or any other attorney from Litchfield Cavo LLP is **DENIED.**

# # #