THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 26, 2012



Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Roger Peter Rinaldi and<br>Desa Lilly Rinaldi,<br>        Debtors. | Chapter 13<br><br>Case No. 11-35689-svk |
| Roger Peter Rinaldi, et al.,<br>        Plaintiffs,<br>v.<br>HSBC Bank USA, N.A. et al.,<br>        Defendants. | Case No. 12-2412 |

### ORDER ON MOTION FOR RECONSIDERATION

Having reviewed the Motion for Reconsideration filed by the Debtors on September 24, 2012, in light of the voluminous, serious allegations in the Complaint and theAmended Complaint and numerous arguments raised in the Motions to Dismiss, and considering the background of the case as set forth in the Minutes of the hearing held September 24, 2012, the Court reconsiders the modified briefing schedule established at the hearing.

IT IS THEREFORE ORDERED: The Wells Fargo Defendants' Motion to Dismiss the new claims added by the Amended Complaint must be filed with the Court on or before October 1, 2012.

IT IS FURTHER ORDERED: The Debtors' Response to the Gray Defendants' Motion to Dismiss and the Wells Fargo Defendants' Motion to Dismiss the original Complaint must be filed with the Court on or before October 9, 2012.

IT IS FURTHER ORDERED: The Gray Defendants' and the Wells Fargo Defendants' Replies to the Debtors' Response must be filed with the Court on or before November 2, 2012.

IT IS FURTHER ORDERED: The Debtors' Response to the Wells Fargo Defendants' Motion to Dismiss the claims added by the Amended Complaint must be filed with the Court on or before November 2, 2012.

IT IS FURTHER ORDERED: The Wells Fargo Defendants' Reply to the Debtors' Response to the Wells Fargo Defendants' Motion to Dismiss the claims added by the Amended Complaint must be filed with the Court on or before November 16, 2012.

IT IS FURTHER ORDERED: In all other respects, the Motion for Reconsideration is denied.

####