

**LITCHFIELD CAVO** LLP
Attorneys at Law

WRITER'S ADDRESS:
13400 Bishop's Lane
Suite 290
Brookfield, WI 53005
(262) 784-8931
(262) 784-8812 (Fax)

Stephanie L. Dykeman
Email: dykeman@litchfieldcavo.com

March 10, 2017

**VIA ECF**

Hon. Susan V. Kelley
US Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    *Rinaldi v. HSBC Bank USA, et al.*
             Adversary No. 12-02412-svk

Dear Judge Kelley:

      Today we filed a Stipulation for Entry of Order in the above-referenced matter. I have circulated to Attorney Nora a proposed Order for her consideration before filing with the Court. Accordingly, we expect to file a proposed Order in the coming days. If the parties encounter a disagreement regarding the language in the proposed Order, we will advise the Court accordingly.

                                    Very truly yours,

                                      s/Stephanie L. Dykeman


                                      Stephanie L. Dykeman

Chicago ● Hartford ● Boston ● New York ● New Jersey ● Pittsburgh ● Philadelphia ● Houston ● Los Angeles ● Fort Lauderdale
Tampa ● Wisconsin ● West Virginia ● Salt Lake City ● Indiana ● St. Louis ● Atlanta ● Providence ● Las Vegas

www.litchfieldcavo.com